## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

DALE MICHAEL WAKEFIELD,

          Petitioner

          v.

D. GREGORY GEARY, PRESIDENT JUDGE,

          Respondent

: No. 50 WM 2019
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 1st day of October, 2019, the Petition for a Writ of Quo Warranto is DENIED.  The Prothonotary is DIRECTED to strike the name of the judge from the caption.